## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Hudson, Vivian | Case Number:  07 B 23525 |
| | Judge:  Squires, John H |
| Printed:  4/29/08 | Filed:  12/14/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:        Dismissed:  March 19, 2008

Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 2. | Bass & Associates | Secured | 0.00 | 0.00 |
| 3. | Household | Secured | 1,048.00 | 0.00 |
| 4. | EMC Mortgage Corporation | Secured | 3,748.00 | 0.00 |
| 5. | Wells Fargo Financial Bank | Unsecured | 3,132.19 | 0.00 |
| 6. | Peoples Energy Corp | Unsecured | 883.94 | 0.00 |
| 7. | Capital One | Unsecured | 2,469.70 | 0.00 |
| 8. | Capital One | Unsecured | 643.60 | 0.00 |
| 9. | Capital One | Unsecured | 2,800.64 | 0.00 |
| 10. | Bass & Associates | Unsecured | 507.56 | 0.00 |
| 11. | Wells Fargo Financial Bank | Unsecured | 4,371.97 | 0.00 |
| 12. | Pinnacle Fincial Group Inc | Secured | | No Claim Filed |
| 13. | Capital One | Unsecured | | No Claim Filed |
| 14. | Capital One | Unsecured | | No Claim Filed |
| 15. | Sears / Citibank SD | Unsecured | | No Claim Filed |
| 16. | Pinnacle Fincial Group Inc | Unsecured | | No Claim Filed |
| 17. | Sears / Citibank SD | Unsecured | | No Claim Filed |
| 18. | Wells Fargo Financial Bank | Unsecured | | No Claim Filed |
| 19. | Household Retail Services | Unsecured | | No Claim Filed |
| | | | $ 19,605.60 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Hudson, Vivian

Printed:  4/29/08

Case Number:  07 B 23525

Judge:  Squires, John H

Filed:  12/14/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____